IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| CHRISTIAN NEFOR EZUMAH, | * | CASE NO: 10-89568MHM |
| | * | |
| | * | JUDGE: MURPHY |
| | * | |
| DEBTOR. | * | |

### DEBTOR'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the above-named Debtor, by and through undersigned counsel, and files this "Debtor's Voluntary Dismissal Without Prejudice" in Chapter 13 Bankruptcy Petition.

**WHEREFORE,** the Debtors pray:

(a) That this "Debtor's Voluntary Dismissal," be filed, read, and considered;

(b) That this Honorable Court grant this "Debtor's Voluntary Dismissal;" and,

©) That this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

By: /s/
Schuyler Elliott
Georgia Bar No. 244002
Attorney for Debtor

2024 Beaver Ruin Road
Norcross, Georgia 30071
(770)209-7999
(770)209-0033 FAX
Email: semecca@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | * | CHAPTER 13 |
|---|---|---|
| CHRISTIAN NEFOR EZUMAH, | * | CASE NO: 10-89568MHM |
|  | * | JUDGE: MURPHY |
| DEBTOR. | * |  |

### DECLARATION UNDER PENALTY OF PERJURY

### BY INDIVIDUAL DEBTORS

I, Christian Nefor Ezumah, named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing dismissal and my attorney has advised me of the consequences of voluntarily dismissing my case.

Date 11-1-10

Signature

## CERTIFICATE OF SERVICE

I certify that I have this date served the following parties with a copy of the within and foregoing Debtor's Voluntary Dismissal by placing a true copy of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Adam M. Goodman
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, Georgia 30303

Chris Ezumah
720 Links View Drive
Sugar Hill, Georgia 30518

(See list of creditors)

This the 1ST day of November, 2010.

/s/
Schuyler Elliott
Attorney for Debtor
Georgia Bar Number 244002

2024 Beaver Ruin Road
Norcross, Georgia 30071
(770)209-7999
(770)209-0033 FAX
E-mail: semecca@aol.com